# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JACKIE B. GAMMON,**

    **Plaintiff,**

**v.**                                                                         **Case No:   6:13-cv-1567-Orl-22KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 21)**
>
> **FILED:**   **July 30, 2014**

The Commissioner of the Social Security Administration requests that this case be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner requests a remand for the following reasons:

> 1) to address the claimant's age category change to an individual closely approaching advanced age; 2) to fully evaluate the opinion evidence from all sources in compliance with agency policy; and 3) to provide a complete rationale for his Residual Functional Capacity (RFC) assessment and include any mental limitations supported by the record in the RFC assessment.

Doc. No. 21 at 1.  Plaintiff does not oppose the request to remand.  *Id.*

Accordingly, I respectfully recommend that the motion be **GRANTED**, that the final decision of the Commissioner be **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and

that the case be **REMANDED** for further proceedings consistent with the Commissioner's undertaking in the motion. I further recommend that the Court direct the Clerk of Court to enter a Judgment consistent with the ruling on this Report and Recommendation and, thereafter, to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 31, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy