# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JACKIE B. GAMMON,

              **Plaintiff,**

v.                                         **Case No:   6:13-cv-1567-Orl-22KRS**

COMMISSIONER OF SOCIAL
SECURITY,

              **Defendant.**

_____

## ORDER

This cause is before the Court on the Unopposed Motion for Entry of Judgment with Remand (Doc. No. 21) filed on July 30, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed July 31, 2014 (Doc. No. 22), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Unopposed Motion for Entry of Judgment with Remand is hereby GRANTED.

3.      The final decision of the Commissioner is hereby REVERSED pursuant to sentence four of 42 U.S.C. §405(g) and the case is REMANDED for further proceedings consistent with the Commissioner's undertaking in the motion.   The Clerk is directed to enter a judgment, accordingly.

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on August 15, 2014.


ANNE C. CONWAY
United States District Judge


Copies furnished to:

Counsel of Record
Unrepresented Parties