## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**JACKIE B. GAMMON,**

          **Plaintiff,**

**v.**                                             **Case No:   6:13-cv-1567-Orl-22KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

          **Defendant.**

_____

### ORDER

This cause is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 25) filed on September 15, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.        The Report and Recommendation filed September 16, 2014 (Doc. No. 26), is ADOPTED and CONFIRMED and made a part of this Order.

2.        The Plaintiff's Uncontested Petition for Attorney's Fees is hereby GRANTED in part.

3.        The Commissioner of Social Security is DIRECTED to pay Plaintiff Jackie B. Gammon attorney's fees in the total amount of $2,802.21.

**DONE** and **ORDERED** in Orlando, Florida on October 1, 2014.


ANNE C. CONWAY
United States District Judge


Copies furnished to:

Counsel of Record
Unrepresented Parties